**Order entered January 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00628-CV

### IN RE HEAVEN SENT FLOOR CARE, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04718-2015**

## ORDER
Before Justices Bridges, Evans, and Schenck

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We further **ORDER** that relator bear the costs of this original proceeding.


/s/     DAVID EVANS
        JUSTICE